

# IN THE
# TENTH COURT OF APPEALS

## No. 10-17-00245-CV

## EX PARTE ULLJA KUNTZE

**From the 21st District Court**
**Burleson County, Texas**
**Trial Court No. 28,904**

## O R D E R

All relief requested in the document titled "ULLJA KUNTZE'S REQUEST FROM

THIS COURT TO RECONSIDER ITS ORDER ISSUED ON FEB 14, 2018 (SEE A COPY OF

ORDER UNDER APPENDIX: '2')" filed on March 1, 2018 is denied.

PER CURIAM

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Motion Denied
Order issued and filed August 29, 2018

